Argued and submitted June 28, reversed and remanded for new trial August 28, 1985

STATE OF OREGON,
*Respondent,*

*v.*

ANTHONY PAOLA,
*Appellant.*

(43554 S; CA A34777)

704 P2d 550

H. Richard Sause, Portland, argued the cause and filed the brief for appellant.

Douglas F. Zier, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction, after trial to the court, for driving under the influence of intoxicants. He contends that he did not effectively waive his constitutional and statutory rights to a jury trial. The state concedes that no written jury trial waiver was executed and that the judgment must be reversed. *State v. Van Lieu,* 48 Or App 671, 617 P2d 914 (1980); *State v. Wiik,* 31 Or App 571, 570 P2d 1021 (1977), *rev den* 281 Or 323 (1978).

Reversed and remanded for new trial.